■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH CARABALLO, Appellant. [971 NYS2d 885]—Appeal by the defendant, as limited by his motion, from a resentence of the Supreme Court, Kings County (D'Emic, J.), imposed September 29, 2011, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed.

Contrary to the defendant's contention, the resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Mastro, Dickerson, Lott and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAAL A. CHERRY, Appellant. [971 NYS2d 892]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Dutchess County (Greller, J.), imposed January 25, 2012, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Roman, Cohen and Hinds-Radix, JJ., concur.